## INDEX OF EXHIBITS

## TO DEFENDANTS' MOTION TO DISMISS THE SECOND AND THIRD CLAIMS FOR RELIEF

*Martha Winkler v. City of Phoenix, et al.*
Cause No. CV-15-01786-PHX-PGR

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Phoenix Police Department Report, DR Number 2014 01227732, p. 2 |
| 2 | Phoenix Police Department Report, DR Number 2014 01227732 (Officer Wright Supplement), p. 2 |
| 3 | Phoenix Police Department Report, DR Number 2014 01227732 (Officer Branum Supplement), pp. 1-2 |

3125348