# **EXHIBIT 1**

PHOENIX POLICE DEPARTMENT REPORT

ORIGINAL          PAGE NUMBER:   2        DR NUMBER: 2014 01227732

SERIAL NUMBER: 9223

ON 7-16-14 AT 1940 HOURS SP1 MARTHA COMMITTED TRESPASSING AND RESISTING ARREST AT THE CIRCLE K STORE LOCATED AT 701 E BETHANY HOME RD. BY REMAINING ON THE PROPERTY AFTER SHE WAS TOLD TO LEAVE THEN RESISTING ARREST BY PHYSICAL RESISTING BEING PLACED INTO HANDCUFFS.

ON 7-16-14 AT APPROXIMETLY 1940 HOURS I RESPONDED TO A REPORT OF TRESPASSING AT THE CIRCLE K STORE LOCATED AT 701 E BETHANY HOME RD. WHILE IN ROUTE I READ FIVE SEPERATE RELATED CALLS THAT WERE ADDED TO THE ORIGINAL ONE. THE CALLS CONSISTED OF A FEMALE NAMED MARTY CALLING 911 TO REPORT THE CIRCLE K EMPLOYEE'S WERE HARASSING HER.

UPON MY ARRIVAL I PARKED MY PATROL CAR IN FRONT OF THE STORE. I COULD SEE A FEMALE IN HER LATE FORTY'S APPROCHED MY VEHICLE. I ASKED THE FEMALE WHAT SHE WANTED. THE FEMALE LATER IDENTIFIED AS SP1 MARTHA WINKLER AKA MARTY STATED "I WANT YOUR SUPERVISOR".

I THEN ENTERED THE STORE AND SPOKE WITH THE CLERK. I ASKED THE CLERK WHAT HE WANTED DONE. THE CLERK REPLIED MARTHA HAD BEEN ASKED TO LEAVE THE STORE PROPERTY SEVERAL TIMES BY THE STORE MANAGER. AFTER SHE LEFT INTERIOR OF THE STORE SHE REMAINED IN THE PARKING LOT HARASSING CUSTOMERS AS THEY ENTERED THE STORE. THE CLERK ASKED IF I WOULD TRESPASS MARTHA FROM THE PROPERTY.

AT THIS TIME I WALKED BACK OUT TO THE PARKING LOT WERE MARTHA WAS STANDING. MARTHA WAS SPEAKING ON THE HER CELL PHONE ASKING THE PERSON ON THE OTHER END TO HAVE MY SUPERVISOR RESPOND TO THE CALL. I ASKED MARTHA FOR HER IDENTIFICATION MARTHA REPLIED SHE WANTED THE POLICE REPORT. I ADVISED MARTHA SHE WAS TRESPASSING ON CIRCLE K PROPERTY. MARTHA CONTINUED TO IGNORE MY REQUEST. I THEN GRABBED MARTHA'S RIGHT WRIST IN AN ATTEMPT TO PLACE HER UNDER ARREST FOR TRESPASSING. WHEN I GRABBED MARTHA'S WRIST SHE BEGAN TO SCREAM AND PULL AWAY FROM ME. I THEN GRABBED MARTHA'S LEFT WRIST. MARTHA BEGAN TWISTING HER BODY CAUSING ME TO ADJUST MY BALANCE SEVERAL TIMES. THE PARKING LOT AT THE CIRCLE K STORE AT THE TIME HAD HEAVY VEHICLE TRAFFIC. WHEN I WAS STRUGGLING WITH MARTHA SEVERAL VEHICLES WERE PASSING CLOSE BY. AFTER SEVERAL SECONDS STRUGGLING WITH MARTHA I SWUNG HER TO MY RIGHT SIDE IN AN ATTEMPT TO PLACE HER ON THE GROUND TO AVOID BEING STUCK BY A VEHICLE. MARTHA HAD LOST HER BALANCE AND FELL IN THE PARKING LOT STRIKING HER HEAD ON THE ASPHALT.

I THEN PLACED MARTHA IN HANDCUFFS AND HAD THE PHOENIX FIRE DEPARTMENT RESPOND TO TREAT A CUT ON MARTHA'S HEAD. MARTHA WAS TRANSPORTED TO PHOENIX BAPTIST HOSPITAL FOR TREATMENT. SERGEANT AUSTIN 6352 WAS NOTIFIED AND RESPONDED TO THE SCENE.

VICTIM RECEIVED RIGHTS INFORMATION:  NO              MAIL-IN SUPPLEMENT: NO

INVOICES:

2014 01227732                                                              Continued.

# EXHIBIT 2

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2014 01227732      1

REPORT DATE: 20140716   TIME: 2129

TYPE OF REPORT:  TRESPASSING /RESISTING ARREST          OFFENSE: 418T

PROSECUTION DESIRED: NO

BOOKING VICTIM NOTIFIED: NO

LOCATION: 000701 E BETHANY HOME ROAD              BEAT: 0615  GRID: CA29
                  CIR K

DATE/TIME OF OCCURRENCE:    WED   071614   1844

REPORTING OFFICER[S]: BRANDON WRIGHT              8304     UNIT: 61F

PREMISES: GAS/SERVICE STATION                         OCCUPIED: YES

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

PARTY-CREW: NO

PHOTOGRAPHS TAKEN: NO     BY:

SCENE PROCESSED FOR LATENTS: NO      BY:

LATENTS SUBMITTED TO CRIME LAB: NO

CALL PERSON: VICTIM 01

                         **** WITNESS INFORMATION ****

  WITNESS -01:
                  NAME: FORD, ALEX CHARLES

       SPEAKING: ENGLISH

       RACE: H  SEX: M  AGE: 24    DOB:            HT: 602     WT: 260
       HAIR: BLK        EYES: BRO  SSN: 000000000
       DR. LICENSE & STATE:

       CLOTHING DESC & MISC:
       CRICLE K UNIFORM
       CLERK
       RES.NAME:                              PHONE:
       WORK: 000701 E  BETHANY HOME ROAD      APT/SUITE:
             PHOENIX          AZ              ZIP CODE:
       BUS.NAME: CIRCLE K #1541               PHONE: (   )   -       EXT.
       CAN ID SUSPECT(S): YES                 SUSPECT(S): AP1
       WILL TESTIFY: YES                      MISC.


2014 01227732    1                                            Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:   2      DR NUMBER: 2014 01227732        1

**** NARRATIVE ****

SERIAL NUMBER: 8304

ON 071614 AT 1900 HOURS MY SELF AND OFFICER BRANUM WERE RIDING A TWO MAN OFFICER UNIT IN A FULLY MARKED PATROL VEHICLE WHEN WE WERE RESPONDING TO 710 E BETHANY HOME RD TO COME AND INTERVIEW WITNESSES.

UPON ARRIVING I CONTACTED W1 ALEX FORD WHO IS A CLERK AT THE CIRCLE K. THE FOLLOWING IS W1'S INTERVIEW.

W1 STATED THAT HE WAS WORKING AS A CLERK TONIGHT WHEN AP1 HAD ENTERED THE STORE AND WAS ANGRY OVER A LOTTERY TICKET. W1 STATED THAT MANAGER WAS DEALING WITH HER WHILE HE RANG UP CUSTOMERS. W1 STATED THAT AP1 WAS CAUSING A SCENE AND WAS ASKED MULTIPLE TIMES TO LEAVE THE PROPERTY.

W1 STATED THAT A PHOENIX POLICE OFFICER ARRIVED IN A FULLY UNIFORM AND CONTACTED AP1 OUT SIDE IN THE PARKING LOT. W1 STATED THAT THE OFFICER THEN WALKED INTO THE STORE AND CONTACTED HIM. W1 STATED THAT HE TOLD THE OFFICER THAT SHE WAS TRESSPASSING AND HE WOULD LIKE HER TO LEAVE THE PROPERTY. W1 STATED THAT THE OFFICER WENT BACK OUT SIDE TO CONTACT AP1. W1 STATED THAT AP1 THEN STARTED TO YELL AND SCREAM AT THE OFFICERS. W1 STATED THAT AP1 KEPT WALKING UP TOWARDS THE OFFICERS STILL YELLING AND SCREAMING. W1 STATED THAT THE OFFICER PUT UP HIS HAND TO TELL HER TO STOP WALKING AT HIM WHICH SHE IGNORED. W1 STATED THAT THE OFFICER THEN TOOK AP1 TO THE GROUND WHERE SHE IMEDIATLEY STARTED PULLING HER ARMS AWAY FROM THE OFFICER. W1 STATED THAT AP1 THEN WAS MOVING HER UPPER BODY BACK AND FOURTH.

W1 STATED THAT THE OFFICER GOT HER HAND CUFFED AND THAT IS ALL THAT HE SAW.

NOTHING FURTHER WAS ASKED TO W1.

THIS WAS MY INVOLVEMENT IN THIS INCIDENT.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT: NO

INVOICES:

   DR ENTERED BY : 8304     DR FINALIZED BY : 8304

                          END OF REPORT           DR NO: 2014 01227732    001

# EXHIBIT 3

```
                         PHOENIX POLICE DEPARTMENT REPORT
   SUPPLEMENT              PAGE NUMBER:   1        DR NUMBER: 2014 01227732      2

   REPORT DATE: 20140716   TIME: 1950

   TYPE OF REPORT:   TRESPASSING /RESISTING ARREST              OFFENSE: 418T

   LOCATION: 000701 E BETHANY HOME ROAD                  BEAT: 0615   GRID: CA29
                    CIR K

   DATE/TIME OF OCCURRENCE:   WED      071614    1950

   REPORTING OFFICER[S]: ADAM BRANUM                    8305     UNIT: 61F

   OFFENSE INVOLVED:   BIAS - NONE(NO BIAS)

                        ****  WITNESS INFORMATION  ****

    WITNESS -02:
                      NAME: NELSON, LESLIE G

       SPEAKING: ENGLISH

       RACE: B   SEX: M   AGE: 54     DOB: ■■■■■    HT: 601       WT: 200
       HAIR: BLK         EYES: BRO    SSN: 000000000
       DR. LICENSE & STATE: ■■■■■
       HOME: 000701 E   BETHANY HOME ROAD        APT/SUITE:
             PHOENIX           AZ                ZIP CODE: 85021
       MORE PHONE:CELLULAR:       ■■■■■


                          ****  NARRATIVE  ****
    SERIAL NUMBER: 8305

   ON 07/16/2014 I RESPONDED OVER TO THE CIRCLE K AT 701 E BETHANY HOME ROAD
   REFERENCE A TRESPASSING CALL. UPON ARRIVAL SGT AUSTIN ASK ME THE INTERVIEW
   THE CLERK INSIDE STORE. I ENTERED THE STORE AND CONTACTED W2 LESLIE IN THE
   OFFICE. W2 LESLIE TOLD ME THE FOLLOWING:

   HE SAID THAT HE WAS HELP AN OTHER CUSTOMER AND THE FRONT COUNTER GET SOME
   LOTTERY TICKETS. LESLIE SAID A FEMALE (AP1) CAME UP BEHIND THE CUSTOMER
   AND SAID " I WANT THE SAME NUMBERS HE HAS". LESLIE RUNG IT UP AND PRINTED
   THE NUMBERS OUT AND SAID THAT WILL BE FOUR DOLLARS. HE SAID THAT AP1
   FLIPPED OUT AND SAID "FOUR DOLLARS, I WANTED THE TWO DOLLARS LOTTERY
   TICKETS YOU STUPID IDIOT." LESLIE TOLD AP1 THAT HE GAVE WHAT THE OTHER
   CUSTOMER HAD. LESLIE TOOK THE TICKET AND RUNG UP A TWO DOLLAR LOTTERY
   TICKET AND AP1 PAID FOR IT. HE SAYS THAT SHE (AP1) WAS VERY UPSET AT HIM
   AND STARTED YELLING AT HIM. LESLIE SAID THAT HE WAS HELPING OTHER CUSTOMER
   ALREADY AND WASN'T PAYING ATTENTION TO HER ANYMORE. HE ALSO SAID THAT SHE
   WAS TELLING CUSTOMER NOT SHOP HERE AND THAT THIS STORE IS "SHADY". LESLIE
   ASK AP TO LEAVE THE STORE SEVERAL TIMES AND SHE REFUSED. SHE TOLD LESLIE
   TO CALL HIS MANAGER AND LESLIE TOLD HER THAT NUMBER TO THE MANGERS NUMBER
   IS ON THE DOOR OUTSIDE. HE SAID THAT SHE CONTINUED TO HARASS CUSTOMER

   2014 01227732      2                                              Continued.
```

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:   2        DR NUMBER: 2014 01227732        2

INSIDE AND OUTSIDE. LESLIE TOLD ME THAT HIS MANAGER TOLD HIM TO TELL HER THAT SHE WAS TRESPASSING AND NEED TO THE LEAVE THE PROPERTY. SHE REFUSED AND CALLED THE POLICE AND WAITED AROUND FOR ABOUT TWO HOURS. LESLIE SAID ONCE THE OFFICER ARRIVED HE CAME INSIDE AND GOT THE STORY ABOUT WHAT WAS GOING ON. HE SAID THE OFFICER WENT OUTSIDE TO TELL HER SHE WAS TRESPASSED FROM THE PROPERTY. LESLIE SAID THE OFFICER WENT OUT TO TALK HER THE HER. HE SAID THAT THE OFFICER WAS KEEPING A SAFE DISTANCE FROM THE FEMALE AND THEN GRABBED HER ARMS AND PUT THEM BEHIND HER BACK. LESLIE SAID AT THIS POINT HIS VIEW WAS BLOCK AND DID NOT SEE WHAT HAPPENED. LESLIE TOLD ME THAT THEY WOULD LIKE AP1 TRESPASSED FROM THE PROPERTY. HE ALSO THAT HE DID NOT KNOW HOW TO WORK THE SECURITY VIDEO BUT HT WOULD HAVE THE MANAGER WOULD PULL THE TAPE TOMORROW. THIS END MY INTERVIEW WITH LESLIE.

PLEASE READ THE ORIGINAL REPORT AND ALL OTHER SUPPLEMENTS.

NFI


  VICTIM RECEIVED RIGHTS INFORMATION:   NO              MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : 8305    DR FINALIZED BY : 8305

                          END OF REPORT         DR NO: 2014 01227732    002