**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Martha Winkler,<br><br>                  Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>                  Defendants. | **NO. CV-15-01786-PHX-DLR**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's minute entry filed April 12, 2019, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Brian D. Karth
District Court Executive/Clerk of Court

April 17, 2019

s/ S. Quinones
By   Deputy Clerk