____ **FILED**      ____ **LODGED**
____ **RECEIVED**   ____ **COPY**

MAY 1 3 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ **DEPUTY**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

Name of U.S. District Court: **US DC Arizona**

U.S. District Court case number: **CV-15-01786-PHX-DLR**

Date case was first filed in U.S. District Court: **9/8/15**

Date of judgment or order you are appealing: **4/12/19**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes  ☒ No    ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

**Martha Winkler**

Is this a cross-appeal? ○ Yes  ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes  ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

**4211 E. Palm Lane #102**
**Phoenix, AZ 85008**

City: **Phoenix**    State: **AZ**   Zip Code: **85008**

Prisoner Inmate or A Number (if applicable):

Signature *Martha Winkler*    Date **5/13/19**

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

---

**Form 1**                                                    *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Martha Winkler

Name(s) of counsel (if any):

Address: 4211 E. Palm Lane #102 Phoenix, AZ 85008

Telephone number(s): 623 521 5152

Email(s): Martiphoenix@aol.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

City of Phoenix
Jason Gillespie

Name(s) of counsel (if any):

Christina Gail Retts   Kathleen L. Wieneke
Jacob Brady Lee       Tara Brooke Zoellner

Address: 1095 W. Rio Solado Pkwy., Ste 209

Telephone number(s): 602 715-1868  602 715 1986

Email(s): kwieneke@wienekelawgroup.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Martha Winkler

Name(s) of counsel (if any):

Address: 4211 E. Palm Lane #102 Phoenix, AZ 85008

Telephone number(s): 623 521 5152

Email(s): Martiphoenix@aol.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

City of Phoenix
Jason Gillespie

Name(s) of counsel (if any):

Address: 1095 W. Rio Salado Pkwy., Ste. 209

Telephone number(s): 602 715-1986

Email(s): Kwieneke@wienekelawgroup.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    2                    *New 12/01/2018*