# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Martha Winkler,

      Plaintiff,

v.

City of Phoenix, et al.,

      Defendants.

No. CV-15-01786-PHX-DLR

**ELEVENTH AMENDED SCHEDULING ORDER**

The Court having reviewed the parties' Eleventh Stipulation to Reset Deadlines (Doc. 282), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, the deadlines are extended as follows:

1. Deadline for Completion of Fact Discovery. The deadline for completing fact discovery, including all disclosure required under Rule 26(a)(3), shall be extended to **January 9, 2026**. To ensure compliance with this deadline, the following rules shall apply:

    a. Depositions: All depositions shall be scheduled to commence at least five working days prior to the discovery deadline. A deposition commenced five days prior to the deadline may continue up until the deadline, as necessary. This deadline for depositions shall only apply to medical providers and medical witnesses.

2.    Deadlines for Disclosure of Experts and Completion of Expert Discovery.

a.    Expert depositions shall be completed no later than **January 30, 2026**. As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

b.    No expert witness not timely disclosed will be permitted to testify unless the party offering such witness demonstrates: (a) that the necessity of such expert witness could not have been reasonably anticipated at the time of the deadline for disclosing such expert witness; (b) the opposing counsel or unrepresented party were promptly notified upon discovery of such expert witness; and (c) that such expert witness was promptly proffered for deposition.  See Wong v. Regents of the Univ. of Cal., 410 F.3d 1052, 1060 (9th Cir. 2005).

3.    Deadline for Filing Dispositive Motions[1].

a.    Dispositive motions and motions challenging expert opinion testimony shall be filed no later than **February 6, 2026**.  Such motions must comply in all respects with the Federal Rules of Civil Procedure, the Local Rules, and Section 6(c) of the Court's Amended Scheduling Order (Doc. 209).

**IT IS FURTHER ORDERED** that the trial scheduling conference presently scheduled for **October 21, 2025, at 9:30 a.m**.  is **AFFIRMED**.  The parties will be provided with call-in information via separate email.

Dated this 26th day of September, 2025.

_____
Douglas L. Rayes
United States District Judge

---

[1] The Court anticipates that this deadline will be for motions challenging expert opinion testimony only as the parties previously notified the Court that neither party intends to file a dispositive motion (Doc. 274).

- 2 -