Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Laura Van Buren, Bar #031669
Tara B. Zoellner, Bar #027364
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Facsimile: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com
Email: tzoellner@wienekelawgroup.com

*Attorneys for Defendant Gillespie*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Martha Winkler, a single woman, | NO. 2:15-cv-01786-PHX-DLR |
| Plaintiff, | **JOINT STIPULATION REGARDING ADDITIONAL FACTS** |
| v. | |
| City of Phoenix, a public entity, et al., | |
| Defendants. | |

In addition to the stipulated facts set forth in the Joint Proposed Pretrial Order (Doc. 325), and the stipulations set forth in Doc. 313, the parties agree to the following:

1.      Plaintiff will not introduce evidence, testimony, or argument that she incurred more than a single strike to the head on July 16, 2014.

2.      Plaintiff will not introduce evidence, testimony, or argument that her hospital bills were paid by the Arizona Crime Victim Compensation Program.

///

///

///

DATED this 5th day of June, 2026.

WIENEKE LAW GROUP, PLC

By:   */s/ Laura Van Buren*
       Kathleen L. Wieneke
       Christina Retts
       Laura Van Buren
       Tara Zoellner
       1225 West Washington Street, Suite 313
       Tempe, Arizona 85288
       *Attorneys for Defendant Gillespie*

LAW OFFICES OF J. SCOTT HALVERSON, P.C.

By:   */s/ J. Scott Halverson (with permission)*
       J. Scott Halverson
       2177 E. Warner Road Suite 107
       Tempe, Arizona 85284
       *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. Scott Halverson
LAW OFFICES OF J. SCOTT HALVERSON, P.C.
2177 E. Warner Road Suite 107
Tempe, Arizona 85284
*Attorney for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is **not** a registered participant of the CM/ECF System:

N/A

By:   */s/ Lauren Rasmussen*