J. Scott Halverson, SBN 10629
**LAW OFFICES OF J. SCOTT HALVERSON, P.C.**
2177 E. Warner Road, Suite 107
Tempe, Arizona  85284
Telephone (480) 777-7776
Facsimile   (602) 357-7444
Email:  Scott@halversonfirm.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martha Winkler, | No. 2:15-CV-01786-DLR |
| Plaintiff, | **RESPONSE TO NOTICE OF PLAINTIFF MARTHA WINKLER'S VIOLATION OF PRETRIAL PUBLICITY RESTRAINING ORDER AND REQUEST THAT THE COURT ISSUE AN ORDER ADDRESSING THESE AND FURTHER VIOLATIONS** |
| vs. | |
| City of Phoenix, | |
| Defendants. | |

PLAINTIFF MARTHA WINKLER submits this response to the Notice of Plaintiff Martha Winkler's Violation of Pretrial Publicity Restraining Order and Request that the Court Issue an Order Addressing These and Further Violations (Doc. 337).

The settings of Plaintiff's personal Facebook page are restricted to only private access, so it is not available to the public.  Plaintiff indicates that she cannot adjust the settings of her "Justice for Marty Winkler" ("JFMW") Facebook page to restrict it to only private access.  On June 5, 2026, this Court entered the following Minute Entry Order:  "Plaintiff is required to make her May 25, 2026 Facebook posting a private post and shall also ensure any and all posts made on her social media account(s) are only private posts, and remain private posts, not posted

to the general public until after the conclusion of the trial."  Plaintiff has not made any posts on her JFMW page since this Court entered the Restraining Order.  However, she apparently replied to a "comment" that someone wrote on the JFMW Facebook page.  When Defense Counsel advised that Plaintiff had written a reply to a "comment", undersigned counsel immediately advised Plaintiff to remove her reply and refrain from writing anything on the JFMW Facebook page.  Undersigned counsel believes that Plaintiff immediately removed the reply that she had written, which has addressed Defendant's concerns regarding the alleged violation of the Court's Order.

Plaintiff requests that the Court find that Plaintiff had not understood that the scope of the Court's Order extended to include replies to "comments" on the JFMW Facebook page. Undersigned counsel has advised Plaintiff not to write any replies or "comments" on the JFMW Facebook page, so it is anticipated that this will not occur again. Furthermore, Plaintiff has remedied the alleged violation by removing her reply to the comment, so it no longer exists.

DATED: June 9, 2026

LAW OFFICES OF J. SCOTT HALVERSON, PC

By:  / s /   *J. Scott Halverson*

J. Scott Halverson
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on June 9, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/     *S. Cole, paralegal*

- 2 -